NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3074

SHAVONNE L. MODEST-COLEMAN,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board in
CH0752080355-I-1.

ON MOTION

Before DYK, Circuit Judge.

ORDER

The Merit Systems Protection Board moves for leave to file its informal brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 2 4 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Shavonne L. Modest-Coleman
        Joyce G. Friedman, Esq.
s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 4 2009

JAN HORBALY
CLERK